NO._____

AUSBON OSBORNE,

V.

THE STATE OF TEXAS

IN THE COURT OF

CRIMINAL APPEALS

OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 16 2015

Abel Acosta, Clerk

## PRO SE MOTION REQUESTING LEAVE TO FILE AN ORIGINAL COPY OF THE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS:

COMES NOW the Appellant in the above-styled and numbered cause and respectfully moves this Honorable Court to grant leave to file an original copy only of the Petition for Discretionary Review and in support thereof would show to the Court the folling:

1.    The style and appeal number in the Amarillo Court of Appeals is: NO. 07-13-00156-CR V. The State of Texas.

2.    The Appellant moves that, pursuant to Rule 2, Texas Rule of Appellate Procedure, this Court suspend Rule 9.3(b), Texas Rule of Appellate Procedure, that requires the filing of eleven (11) copies of the Petition for Discretionary Review with the Court.

3.    The facts relied upon to show good cause for this request are as follows:  The Appellant is indigent and incarcerated and does not have access to a photo copier.  The Appellant is presently not represented by counsel and intends to file a Pro Se Petition for Discretionary Review by inmate in the Texas Department of Criminal Justice system.

The Appellant Ausbon Osborne, respectfully thanks this Honorable Courts kind assistance in regards to the above motion, and request in the best interest of justice, the Court would consider granting this Appellant's motion.

FILED IN
COURT OF CRIMINAL APPEALS

September 16, 2015

ABEL ACOSTA, CLERK

RESPECTFULLY submitted;

_____ 8-20-15
(name/date)

WHEREFORE, PREMISES CONSIDERED, the Appellant respectfully request that this Honorable Court grant leave to file an original copy only of the Petition for Discretionary Review with the Court.

Respectfully submitted

_Asbn Osbn_ 8-20-15
(Signature/Date)

## CERTIFICATE OF SERVICE

The Appellant hereby certifies that a true and correct copy of the foregoing Motion has been mailed to the Office of the Criminal District Attorney for Tarrant County, Fort Worth, Texas, on the 25 day of _AUGUST_ ,2015.

_Asbn Osbn_ 8-20-15
(name)

Ausbon Osborne
TDCJ#1853817
Hodge Unit
379 FM 2972 W
Rusk, TX 75785-3666